Mr. Gustavo Flores
FULL NAME

Same - Metropolitan State Hospital
COMMITTED NAME (if different)

11401 S. Bloomfield Ave
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Norwalk CA 90650

PRISON NUMBER (if applicable)

```
┌──────────────────────────────────┐
│              FILED               │
│  CLERK, U.S. DISTRICT COURT      │
│    ┌──────────────────────┐      │
│    │     MAR 30 2015       │      │
│    └──────────────────────┘      │
│  CENTRAL DISTRICT OF CALIFORNIA   │
│  BY              DEPUTY           │
└──────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Gustavo Flores

                                    PLAINTIFF,

                    v.

Psych - Tech

                                    DEFENDANT(S).

CASE NUMBER

LA CV15 02325 RT (KK)
(To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### PURSUANT TO *(Check one)*

☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)



```
┌──────────────────────────────────┐
│            RECEIVED              │
│  CLERK, U.S. DISTRICT COURT      │
│    ┌──────────────────────┐      │
│    │     MAR 27 2015       │      │
│    └──────────────────────┘      │
│  CENTRAL DISTRICT OF CALIFORNIA   │
│  BY              DEPUTY           │
└──────────────────────────────────┘
```

a. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

b. Court _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☐ Yes   ☑ No

   If your answer is no, explain why not _on going investigation with PAtients - Rights_ _Hospital of metropolitan_

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Gustavo Flores_
                                                          (print plaintiff's name)

who presently resides at _11401 S. Bloomfield Ave Unit 401 Norwalk CA 90650_ ,
                          (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_Nurse lilla_
_____
(institution/city where violation occurred)

_Metropolitan State Hospital_

CIVIL RIGHTS COMPLAINT

on (date or dates) 3-20-15 _____, _____, _____
(Claim I)                              (Claim II)                              (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant Nurse lilla _____ resides or works at
    (full name of first defendant)
    unit 401
    11401 S. Bloomfield Ave  NorWalK  CA 90650
    (full address of first defendant)

    Nurse lilla
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

    Explain how this defendant was acting under color of law:
    _____
    _____

2.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

    Explain how this defendant was acting under color of law:
    _____
    _____

3.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

    Explain how this defendant was acting under color of law:
    _____
    _____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

Nurse lilla gave Gustavo Flores the wrong medicine for seizures one causing seizure convalsions back to back this shot was a direct Medical malpractice incident with gross medical neglance.

This was a major medical mistake that caused mr. Gustavo Flores to be hospitalized immediately afterward at U.S.C. Medical Center outside of Metropolitan the staff at Metropolitan state Hospital where not equipped properly to handle this big incident. The U.S.C. Medical Center Stay resulted in a WK or two In great detail was medical malpractice with gross medical neglance. In grave detail i have laid out the facts to my best ability

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Nurse lilla did willing give mr. Gustavo Flores the wrong seizure medicine injection causing seizure results, of episodes back to back this medical personel that work for Metropolitan state Hospital on unit 401 full time

This medical mistake caused mr. Gustavo Flores a WK of un-controlable seizures with Mental scars

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Of Medical gross-neglance, medical malpractice for Metropolitan state Hospital Medical Registred nurse lilla grave Mistake causing grave complications medically upon life threatting results.

With Multiple Seizures U.S.C. Medical Center Hospitalzation.

I believe the money entitlement would be the amount of $10,000,000 00

3-27-15
(Date)

GUSTAVO FLORES
(Signature of Plaintiff)



SA P&DC #2  927
WED 25 MAR 2015 PM

United States District Court
Central District of California
312 North Spring, Room G-8
Los Angeles California 90012

RECEIVED
MAR 27 2015

Mr. Gustavo
11401 South
Norwalk California 90650