FILED
CLERK, U.S. DISTRICT COURT

OCT 26 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO FLORES,<br><br>     Plaintiff,<br><br>     v.<br><br>PSYCH-TECH., et al.,<br><br>     Defendants. | Case No. CV 15-2325-RT (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 10/26/15

_____
HONORABLE ROBERT J. TIMLIN
UNITED STATES DISTRICT JUDGE